IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-319-FDW-DCK

| | | |
|---|---|---|
| KENNETH HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CUSTOM CABLE INDUSTRIES, INC. and | ) | |
| COMVEST CAPITAL, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 30) concerning Roger James Haughey II, filed June 15, 2011. Mr. Haughey seeks to appear as counsel *pro hac vice* for Defendant ComVest Capital, LLC.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Haughey is admitted to appear before this court *pro hac vice* on behalf of Defendant ComVest Capital, LLC.

Signed: June 15, 2011

David C. Keesler
United States Magistrate Judge