IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-319-FDW-DCK

| KENNETH HUNT, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| CUSTOM CABLE INDUSTRIES, INC. and COMVEST CAPITAL, LLC, | ) | |
| Defendants. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Second Joint Motion For Temporary Stay Pending Settlement Discussions" (Document No. 46) filed October 4, 2011. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of the parties, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Second Joint Motion For Temporary Stay Pending Settlement Discussions" (Document No. 46) is **GRANTED**. This matter is stayed up to and including **October 16, 2011**.

Signed: October 4, 2011

David C. Keesler
United States Magistrate Judge