IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:10-CV-319-FDW-DCK

| | |
|---|---|
| KENNETH HUNT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| CUSTOM CABLE INDUSTRIES, INC. and ) | |
| COMVEST CAPITAL, LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the parties' "Third Joint Motion For Temporary Stay Pending Settlement Discussions" (Document No. 48) filed October 21, 2011. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §636(b), and immediate review is appropriate. Having carefully considered the motion, and noting consent of the parties, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that the "Third Joint Motion For Temporary Stay Pending Settlement Discussions" (Document No. 48) is **GRANTED**. This matter is stayed up to and including **November 10, 2011**. Further requests for extension of the stay are unlikely to be granted, barring extraordinary circumstances.

Signed: October 21, 2011

David C. Keesler
United States Magistrate Judge